**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| IN RE | CASE NO. 08-02329-ESL |
|---|---|
| **HECTOR PEREZ RAMOS<br>CLARITA FLORES HUERTAS** | **CHAPTER: 13** |
| **DEBTOR(S)** | |

**MOTION REQUESTING DISMISSAL**

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle TOYOT COROLLA 2006 registered under number 3328108, executed by debtor(s) on MARCH 19, 2006.

2. Debtor's(s') Chapter 13 Plan was confirmed on JUNE 20, 2008. Said plan calls for $350.00 X 36, $750.00 X 24 payments. Movant is proposed to be paid 100% of its claim through the Chapter 13 Trustee's Office (Trustee).

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has (have) only paid $ **14,700.00**, out of $ **17,100.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter 13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s)

has(have)defaulted on the payments to the Chapter 13 Trustee.

**NOTICE TO ALL PARTIES** is hereby given to the effect that unless a party in interest objects to the dismissal of this case within thirty (30) days from the date of this notice, the case may be dismissed without a hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **HECTOR PEREZ RAMOS, CLARITA FLORES HUERTAS LOS FLAMBOYANES H-16 MALAGUETA STREET BOX 243 GURABO, PR 00778** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 26 day OCTOBER, 2011.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> HECTOR PEREZ RAMOS <br> CLARITA FLORES HUERTAS <br><br> **DEBTOR(S)** | CASE NO 08-02329-ESL <br><br> CHAPTER 13 |

**MOTION SUBMITTING DECLARATION**
**UNDER PENALTY OF PERJURY**

Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **HILDARIS B. BURGOS MURIEL,** Bankruptcy Official for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26 day of OCTOBER, 2011.

S/HILDARIS B. BURGOS MURIEL
**Bankruptcy Official**
P. O. Box 21382
San Juan, PR 00928-1382
Tel. (787)625-6647 FAX:(787)625-4891
hburgosm@reliablefinancial.com

Department of Defense Manpower Data Center | Oct-26-2011 11:49:52



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| PEREZ | HECTOR | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*
_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:U7MB364H3E

Department of Defense Manpower Data Center    Oct-26-2011 11:50:46



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| FLORES | CLARITA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:TUNAHQOP1M

```
Label Matrix for local noticing          JEFFERSON CAPITAL SYSTEMS LLC          RELIABLE FINANCIAL SERVICES
0104-3                                   PO BOX 953185                          PO BOX 21382
Case 08-02329-ESL13                      ST LOUIS, MO 63195-3185                SAN JUAN, PR 00928-1382
District of Puerto Rico
Old San Juan
Wed Oct 26 14:51:09 AST 2011

TREASURY DEPARTMENT OF PUERTO RICO       US Bankruptcy Court District of P.R.   ASOCIACION DE EMPLEADOS ELA
FEDERAL LITIGATION DIVISION              U.S. Post Office and Courthouse Building   PO BOX 364508
DEPARTMENT OF JUSTICE                    300 Recinto Sur Street, Room 109       SAN JUAN, PR 00936-4508
PO BOX 9020192                           San Juan, PR 00901-1964
SAN JUAN, PR 00902-0192

BANCO POPULAR DE PR                      BANCO POPULAR DE PR                    BANCO SANTANDER PR
PO BOX 364445                            PO BOX 366818                          PO BOX 362589
SAN JUAN, PR  00936-4445                 SAN JUAN PUERTO RICO 00936-6818        SAN JUAN, PR  00936-2589


CITIFINANCIAL                            COMMOLOCO INC                          Citifinancial Inc
PO BOX 71587                             PO BOX 71325                           P O Box 70919
SAN JUAN, PR  00936-8687                 SAN JUAN, PR  00936-8425               Charlotte NC 28272-0919



Department of Treasury                   FIA CSNA                               FIRST FEDERAL SAVINGS
Bankruptcy Section (424-B)               PO BOX 17054                           PONCE DE LEON AVE STOP 23
PO Box 9024140                           WILMINGTON, DE 19850-7054              SAN JUAN, PR  00901
San Juan, PR 00902-4140


ISland Finance                           JEFFERSON CAPITAL SYSTEMS LLC          MONEY EXPRESS
c/o Vativ Recovery Solutions             PO BOX 7999                            BANKRUPTCY DIVISION
as agent for Palisades/Asta Funding      ST CLOUD MN 56302-7999                 PO BOX 9146
P.O. Box 19249                                                                  SAN JUAN PR 00908-0146
Sugar Land,TX 77496-9249

MUEBLERIAS BERRIOS                       POPULAR FINANCE                        POPULAR FINANCE INC
PO BOX 674                               PO BOX 71564                           C/O BANCO POPULAR DE PR
CIDRA, PR 00739-0674                     SAN JUAN, PR  00936-8664               PO BOX 366818
                                                                                SAN JUAN PR 00936-6818


PR ACQUISITIONS, LLC                     PRESTAMAS                              SEARS
250 Munoz Rivera Ave Suite 1200          PO BOX11890                            PO BOX 6189
Hato Rey, PR 00918-1814                  SAN JUAN, PR 00922-1890                SIOUX FALLS, SD 57117-6189



TOYOTA CREDIT DE PR                      eCAST Settlement Corporation assignee of   ALEJANDRO OLIVERAS RIVERA
PO BOX 71410                             FIA Card Services aka Bank of America  ALEJANDRO OLIVERAS CHAPTER 13 TRUS
SAN JUAN, PR  00936-8510                 POB 35480                              PO BOX  9024062
                                         Newark NJ 07193-5480                   SAN JUAN, PR 00902-4062


CLARITA FLORES HUERTAS                   HECTOR PEREZ RAMOS                     MONSITA LECAROZ ARRIBAS
LOS FLAMBOYANES                          LOS FLAMBOYANES                        OFFICE OF THE US TRUSTEE (UST)
H 16 MALAGUETA STREET BOX 243            H 16 MALAGUETA STREET BOX 243          OCHOA BUILDING
GURABO, PR 00778                         GURABO, PR 00778                       500 TANCA STREET  SUITE 301
                                                                                SAN JUAN, PR 00901-1938
```

```
ROBERTO FIGUEROA CARRASQUILLO
PO BOX 193677
SAN JUAN, PR 00919-3677
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)RELIABLE FINANCIAL SERVICES          End of Label Matrix
PO BOX 21382                            Mailable recipients    30
SAN JUAN, PR  00928-1382                Bypassed recipients     1
                                        Total                  31
```