IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR PEREZ RAMOS

CLARITA FLORES HUERTAS

DEBTOR(S)

CASE NO. 08-02329-ESL

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 11/17/2011

With respect to the above-referred payment plan with a base of $26,950.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**    ☒ **UNFAVORABLE**

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   $350 in arrears with the trustee as per PCM.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b) :

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   Reliable's motion to dismiss in docket #26 is pending.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 11/17/2011

R FIGUEROA CARRASQUILLO
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina

Pedro R Medina
USDC #226614

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062